IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAL S. McCLAMMA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-482-T |
| ) | |
| SCOTT MIDDLEBROOKS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to expedite petition filed by the petitioner on May 23, 2005 (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby DENIED at this time.

Done this 24th day of May, 2005.


       /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE