| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nancy Cain_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Nancy Cain<br>C. Date of Delivery: 5/25/05<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U. S. Attorney's Office<br>Attn: Civil Process Clerk<br>P. O. Box 197<br>Montgomery, AL  36101-0197<br><br>05cv482-pet | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 2510 0001 0150 4712 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |