| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☑ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>G. HICK  5/27/05 |
| 1. Article Addressed to:<br><br>Warden Scott Middlebrooks<br>Maxwell Federal Prison Camp<br>Maxwell Air Force Base<br>Montgomery, AL 36112<br><br>05cv482 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7004 2510 0001 0150 4729 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540