IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAL S. McCLAMMA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:05-CV-00482-MHT** |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| et. al. | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR EXTENSION OF TIME**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court for a 30-day extension of time from June 14, 2005, to and including July 14, 2005, within which to file its answer or other response in the above-styled case. In support of this motion, the undersigned counsel shows unto the Court the following:

1. The litigation report has not been received from the agency. Said litigation report is essential in the compilation of the answer or other response.

2. Moreover, the United States Attorney's office does not have access to facts and information critical to the preparation of a response in this matter other than through the agency and the above-referenced litigation report prepared by said agency.

Given the petitioner's incarceration, no attempts have been made to determine objections, if any, he may have to the granting of these requests.

In consideration of the foregoing, the undersigned counsel respectfully prays that this Court will grant it a 30-day extension of time, to and including July 14, 2005, to file a response in this matter.

Respectfully submitted this 10th day of June, 2005.

                                          LEURA G. CANARY
                                        United States Attorney

By:   s/R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar Number: 9083-E56R
       Attorney for Defendant
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

                Hal S. McClamma, Jr.
                Reg. No.: 11386-017
                Federal Prison Camp - Montgomery
                Maxwell AFB
                Montgomery, AL  36112

                                    s/R. Randolph Neeley
                              Assistant United States Attorney