IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAL S. MCCLAMMA,
    Petitioner,

vs.    CIVIL ACTION NO.: 2:05-CV-482-T

SCOTT A. MIDDLEBROOKS, et al.,
    Respondents.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE MOTION FOR DEFAULT
AND FOR JUDGMENT ON THE PLEADINGS**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pursuant to the Order of the Chief Magistrate Judge dated May 24, 2005, Petitioner McClamma seeks leave of court to file a Motion for Default and Judgment on the Pleadings. Should the court consider a Motion to vacate an Order granting an Extension of Time to be dispositive, permission is also sought to file that Motion.

The proposed Motions are attached.

    HAL S. MCCLAMMA, Petitioner/Movant
    In Proper Person

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been deposited in the Inmate Mail System with sufficient postage and addressed to the United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104, this 20 day of June, 2005.

    HAL S. MCCLAMMA, In Proper Person
    11386-017
    Federal Prison Camp Montgomery
    Montgomery, AL 36112

    Petitioner/Movant