IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAL S. MCCLAMMA,
    Petitioner,

vs.                          CIVIL ACTION NO.: 2:05-CV-482-T

SCOTT A. MIDDLEBROOKS, ET AL.,
    Respondent.

RECEIVED
2005 JUN 22 A 9:30

## AFFIDAVIT

STATE OF ALABAMA    :
                            :
COUNTY OF MONTGOMERY :

    I swear under penalty of perjury that the following statement is true and correct (18 USC § 1621, 28 USC § 1746):

    I am not an attorney or member of the Bar of this Court and have no access to Electronic Noticing.

    I have received no communication, written or otherwise, pleading or motion from the Respondent herein or anyone holding themselves out as representing the Respondent.

    I have received no requests for extensions of time or assertions of need therefore from anyone in regard to this habeus corpus.

    I have filed no requests for extension of time and any request made to the court on behalf of the Respondent would, of necessity, be ex parte.

                                                _/s/ Hal McClamma_
                                                HAL S. MCCLAMMA, In Proper Person

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Affidavit has been deposited in the Inmate Mail System with adequate postage and addressed to the United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104, this 20 day of June, 2005.

                                                HAL S. MCCLAMMA, In Proper Person
                                                Federal Prison Camp Montgomery
                                                Montgomery, AL 36112

                                                Petitioner/Affiant