IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAL S. MCCLAMMA, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-482-T |
| | ) |
| SCOTT A. MIDDLEBROOKS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the petitioner on June 22, 2005 (Court Doc. No. 11), which the court construes to contain a motion to vacate the order granting respondents an extension of time to file their response, and for good cause, it is

ORDERED that the motion to vacate be and is hereby DENIED.

Done this 27th day of June, 2005.

                                         /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE