IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAL S. MCCLAMMA, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-482-T |
| | ) | |
| SCOTT A. MIDDLEBROOKS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before June 28, 2005 the respondents shall provide the petitioner with a copy of their June 10, 2005 motion for extension of time.

Done this 27th day of June, 2005.


        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE