IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAL S. McCLAMMA, JR, )<br>)<br>Petitioner, )<br>) CIVIL ACTION NO.<br>v. )   2:05cv482-T<br>)<br>SCOTT A. MIDDLEBROOKS, )<br>Warden, and ALBERTO )<br>GONZALES, Attorney General )<br>of the United States, )<br>)<br>Respondents. ) | |

### ORDER

It is ORDERED that petitioner's objection to order (Doc. No. 15) is overruled.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 30th day of June, 2005.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE