IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL -1  P 12: 23

HAL S. MCCLAMMA, JR.,
    Petitioner,

vs.   CIVIL ACTION NO.: 2:05-CV-482-T

SCOTT A. MIDDLEBROOKS, et al.,
    Respondents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

INSTRUCTIONS TO CLERK ON OBJECTIONS TO MAGISTRATE'S ORDERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to **Rule 72, Federal Rules of Civil Procedure,** the Clerk of this Court is respectfully requested to transmit the entire file in this case to the United States District Judge assigned thereto.

Please include the orginal Petition for Writ of Habeas Corpus, all orders of the Magistrate Judge and all Motions and Objections filed by Petitioner.

Time is of the essence.

_____
HAL MCCLAMMA 11386-017
In Proper Person

CERTIFICATE OF SERVICE

I certify that a copy of this Instruction has been deposited in the Inmate Mail System with sufficient postage and addressed to the United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 this 30 day of June, 2005.

_____
HAL MCCLAMMA 11386-017
In Proper Person
Federal Prison Camp Montgomery
Montgomery, AL 36112

Petitioner