IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAL S. MCCLAMMA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 2:05-cv-482-T |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

**LIST OF EXHIBITS OFFERED IN SUPORT OF
RESPONSE TO PETITION FILED PURSUANT TO TITLE 28,
UNITED STATES CODE, SECTION 2241**

**Defendant's Exhibit 1** - Public Information Inmate Data.

**Defendant's Exhibit 2** - Judgement in State Case, R-2000-2790-A.

**Defendant's Exhibit 3** - Order of Probation/Community Control/Drug Offender Probation (Probation Order).

**Defendant's Exhibit 4** - Detainer placed on petitioner, dated October 30, 2002.

**Defendant's Exhibit 5** - State of Florida v. Hal MCClamma, R-2000-2790, Court Order Denying Defendant's Motion To Withdraw Commitment and Detainer and Restore R.O.R., dated April 13, 2005.

**Defendant's Exhibit 6** - Program Statement Community Corrections Center (CCC) Utilization and Transfer Procedures, 7310.04 (PS 7310.04).

**Defendant's Exhibit 7** - Declarations of Terry Collins.

**Defendant's Exhibit 8** - Declaration of Cheryl R. Dennings.