Attachment 1

```
  SERBG            *          PUBLIC INFORMATION            *      07-14-2005
PAGE 001           *              INMATE DATA               *      12:28:44
                              AS OF 07-14-2005

REGNO..: 11386-017 NAME: MCCLAMMA, HAL SAXON

                   RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 334-293-2100    FAX: 334-293-2326
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 125351MB7                      DOB/AGE....: 01-09-1934 / 71
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 10-21-2005                     PAR HEAR DT:
--------------------------- ADMIT/RELEASE HISTORY ---------------------------
 FCL      ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
 MON      A-DES      DESIGNATED, AT ASSIGNED FACIL 02-07-2005 1155 CURRENT
 B03      RELEASE    RELEASED FROM IN-TRANSIT FACL 02-07-2005 1255 02-07-2005 1255
 B03      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-07-2005 0552 02-07-2005 1255
 ATL      HLD REMOVE HOLDOVER REMOVED              02-07-2005 0552 02-07-2005 0552
 ATL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  01-27-2005 1404 02-07-2005 0552
 B16      RELEASE    RELEASED FROM IN-TRANSIT FACL 01-27-2005 1404 01-27-2005 1404
 B16      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-27-2005 0424 01-27-2005 1404
 TAL      HLD REMOVE HOLDOVER REMOVED              01-27-2005 0424 01-27-2005 0424
 TAL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  12-02-2004 1611 01-27-2005 0424
 TAL      COURT      COURT APPEARANCE W/SCHED RETRN 12-02-2004 0848 12-02-2004 1611
 TAL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-28-2004 1615 12-02-2004 0848
 TAL      COURT      COURT APPEARANCE W/SCHED RETRN 10-28-2004 0906 10-28-2004 1615
 TAL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-01-2004 1814 10-28-2004 0906
 0-D      RELEASE    RELEASED FROM IN-TRANSIT FACL 10-01-2004 1814 10-01-2004 1814
 0-D      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-01-2004 1257 10-01-2004 1814
 ATL      HLD REMOVE HOLDOVER REMOVED              10-01-2004 1257 10-01-2004 1257
 ATL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  09-27-2004 1741 10-01-2004 1257
 3-U      RELEASE    RELEASED FROM IN-TRANSIT FACL 09-27-2004 1741 09-27-2004 1741
 3-U      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-27-2004 1440 09-27-2004 1741
 MON      FED WRIT   RELEASE ON FEDERAL WRIT       09-27-2004 1340 02-07-2005 1155
 MON      A-DES      DESIGNATED, AT ASSIGNED FACIL 11-24-2003 1347 09-27-2004 1340
 B03      RELEASE    RELEASED FROM IN-TRANSIT FACL 11-24-2003 1447 11-24-2003 1447
 B03      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-24-2003 0632 11-24-2003 1447
 ATL      HLD REMOVE HOLDOVER REMOVED              11-24-2003 0632 11-24-2003 0632
 ATL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-19-2003 1314 11-24-2003 0632
 B14      RELEASE    RELEASED FROM IN-TRANSIT FACL 11-19-2003 1314 11-19-2003 1314
 B14      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-19-2003 0432 11-19-2003 1314
 TAL      HLD REMOVE HOLDOVER REMOVED              11-19-2003 0432 11-19-2003 0432
 TAL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  10-15-2003 1548 11-19-2003 0432
 TAL      COURT      COURT APPEARANCE W/SCHED RETRN 10-15-2003 1509 10-15-2003 1548
 TAL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  05-12-2003 1532 10-15-2003 1509
 TAL      COURT      COURT APPEARANCE W/SCHED RETRN 05-12-2003 0819 05-12-2003 1532
 TAL      A-HLD      HOLDOVER, TEMPORARILY HOUSED  03-07-2003 1446 05-12-2003 0819
 4-W      RELEASE    RELEASED FROM IN-TRANSIT FACL 03-07-2003 1446 03-07-2003 1446
 4-W      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-07-2003 1444 03-07-2003 1446
 TAL      ADMIN REL  ADMINISTRATIVE RELEASE        03-07-2003 1444 03-07-2003 1444




G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERBG          *         PUBLIC INFORMATION          *    07-14-2005
 PAGE 002        *            INMATE DATA              *    12:28:44
                           AS OF 07-14-2005

REGNO..: 11386-017 NAME: MCCLAMMA, HAL SAXON

                  RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 334-293-2100    FAX: 334-293-2326
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     03-07-2003 1436 03-07-2003 1444
TAL   COURT       COURT APPEARANCE W/SCHED RETRN   03-07-2003 0857 03-07-2003 1436
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     09-20-2002 1648 03-07-2003 0857
TAL   COURT       COURT APPEARANCE W/SCHED RETRN   09-20-2002 1300 09-20-2002 1648
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     03-25-2002 1139 09-20-2002 1300
TAL   COURT       COURT APPEARANCE W/SCHED RETRN   03-25-2002 0739 03-25-2002 1139
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     02-14-2002 1045 03-25-2002 0739
TAL   COURT       COURT APPEARANCE W/SCHED RETRN   02-14-2002 0823 02-14-2002 1045
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     06-26-2001 1403 02-14-2002 0823
TAL   ADM CHANGE  RELEASE FOR ADMISSION CHANGE     06-26-2001 1404 06-26-2001 1405
TAL   A-PRE       PRE-SENT ADMIT, ADULT            06-26-2001 1014 06-26-2001 1404
TAL   COURT       COURT APPEARANCE W/SCHED RETRN   06-26-2001 0825 06-26-2001 1014
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     06-14-2001 1703 06-26-2001 0825
B16   RELEASE     RELEASED FROM IN-TRANSIT FACL    06-14-2001 1703 06-14-2001 1703
B16   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   06-14-2001 1231 06-14-2001 1703
ATL   HLD REMOVE  HOLDOVER REMOVED                 06-14-2001 1231 06-14-2001 1231
ATL   A-HLD       HOLDOVER, TEMPORARILY HOUSED     06-11-2001 1707 06-14-2001 1231
3-U   RELEASE     RELEASED FROM IN-TRANSIT FACL    06-11-2001 1707 06-11-2001 1707
3-U   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   06-11-2001 1328 06-11-2001 1707
MON   FED WRIT    RELEASE ON FEDERAL WRIT          06-11-2001 1228 11-24-2003 1347
MON   A-DES       DESIGNATED, AT ASSIGNED FACIL    10-30-2000 1329 06-11-2001 1228
1-Q   RELEASE     RELEASED FROM IN-TRANSIT FACL    10-30-2000 1429 10-30-2000 1429
1-Q   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL   10-17-2000 1036 10-30-2000 1429
CMY   ADMIN REL   ADMINISTRATIVE RELEASE           10-17-2000 0936 10-17-2000 0936
CMY   A-ADMIN     ADMINISTRATIVE ADMISSION         10-17-2000 0935 10-17-2000 0936




G0002      MORE PAGES TO FOLLOW . . .
```

```
   SERBG         *         PUBLIC INFORMATION          *    07-14-2005
   PAGE 003      *            INMATE DATA              *    12:28:44
                           AS OF 07-14-2005

   REGNO..: 11386-017  NAME: MCCLAMMA, HAL SAXON

                   RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 334-293-2100    FAX: 334-293-2326
   PRE-RELEASE PREPARATION DATE: 06-30-2005

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  10-21-2005 VIA GCT REL

   ----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

   COURT OF JURISDICTION............: FLORIDA, NORTHERN DISTRICT
   DOCKET NUMBER....................: 4:99CR73-001
   JUDGE............................: HINKLE
   DATE SENTENCED/PROBATION IMPOSED: 08-30-2000
   DATE COMMITTED...................: 10-30-2000
   HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED................: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
   NON-COMMITTED.:  $700.00        $00.00         $00.00          $00.00

   RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $348,268.87

   -------------------------CURRENT OBLIGATION NO: 010 --------------------------
   OFFENSE CODE....:  153
   OFF/CHG: 18:1014 FLASE STATEMENT TO FINANCIAL INSTITUTION.

     SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
     SENTENCE IMPOSED/TIME TO SERVE.:    43 MONTHS
     TERM OF SUPERVISION............:     5 YEARS
     DATE OF OFFENSE................: 01-16-1992




   G0002        MORE PAGES TO FOLLOW . . .
```

```
 SERBG            *         PUBLIC INFORMATION         *    07-14-2005
 PAGE 004         *            INMATE DATA             *    12:28:44
                             AS OF 07-14-2005

REGNO..: 11386-017 NAME: MCCLAMMA, HAL SAXON

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100    FAX: 334-293-2326
------------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....:  153
 OFF/CHG: 18:1341 MAIL FRAUD.

  SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     43 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  DATE OF OFFENSE................: 05-15-1995

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-08-2004 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 10-30-2000
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 SRA / VCCLEA NON-VIOL
TOTAL TERM IN EFFECT............:     43 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS      7 MONTHS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 01-16-1992

JAIL CREDIT.....................:         FROM DATE     THRU DATE
                                           11-04-1999   11-04-1999

INOPERATIVE TIME.........: REASON         FROM DATE     THRU DATE
                           CIVCON         07-03-2001    05-12-2003




G0002       MORE PAGES TO FOLLOW . . .
```

```
   SEREG          *        PUBLIC INFORMATION        *    07-14-2005
PAGE 005          *           INMATE DATA            *    12:28:44
                            AS OF 07-14-2005

REGNO..: 11386-017 NAME: MCCLAMMA, HAL SAXON

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100    FAX: 334-293-2326
TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 679
TOTAL GCT EARNED AND PROJECTED..: 168
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 10-21-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-07-2006


PROJECTED SATISFACTION DATE.....: 10-21-2005
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
 SERBG              *         PUBLIC INFORMATION              *    07-14-2005
PAGE 006            *              INMATE DATA                *    12:28:44
                              AS OF 07-14-2005

REGNO..: 11386-017  NAME: MCCLAMMA, HAL SAXON

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL

PRE-RELEASE PREPARATION DATE: 06-30-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 10-21-2005 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: FLORIDA, NORTHERN DISTRICT
DOCKET NUMBER....................: 4:99CR73-001
JUDGE............................: HINKLE
DATE SENTENCED/PROBATION IMPOSED: 08-30-2000
DATE COMMITTED...................: 10-30-2000
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:    $700.00        $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $348,268.87

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   153
OFF/CHG: 18:1341 MAIL FRAUD.

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:      43 MONTHS
 TERM OF SUPERVISION.............:       5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: 010
 DATE OF OFFENSE.................: 10-10-1996




G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERBG            *       PUBLIC INFORMATION              *   07-14-2005
PAGE 007 OF 007    *          INMATE DATA                  *   12:28:44
                            AS OF 07-14-2005

REGNO..: 11386-017 NAME: MCCLAMMA, HAL SAXON

                  RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 334-293-2100    FAX: 334-293-2326
------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 01-08-2004 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 10-30-2000
TOTAL TERM IN EFFECT............:     43 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS        7 MONTHS
EARLIEST DATE OF OFFENSE........: 10-10-1996

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       11-04-1999     11-04-1999

INOPERATIVE TIME........: REASON       FROM DATE      THRU DATE
                          CIVCON       07-03-2001     05-12-2003

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 679
TOTAL GCT EARNED AND PROJECTED..: 168
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 10-21-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-07-2006


PROJECTED SATISFACTION DATE.....: 10-21-2005
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```