Attachment 2

In the Circuit Court, Second Judicial Circuit,
in and for Leon County, Florida

Division: Felony

State of Florida
v.

Hal S. McClamma
Defendant

Case No. R 2000-2790 A

___ Probation Violator        ___ Retrial
___ Community Control Violator ___ Resentence

## JUDGMENT

The Defendant, __Hal S. McClamma__, being personally before this court represented by, __Clyde Taylor__, the attorney of record, and the state represented by __Neill Wade__, and having

____ been tried and found guilty by jury/by court of the following crime(s)
____ entered a plea of guilty to the following crime(s)
_xx_ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 1 | Grand Theft (over $20,000 but less than $100,000) | 812.014 | Fel. 2 | 00-2790 | |

_xx_ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) or section 782.04 (murder) or section 784.045 (aggravated battery) or section 810.02 (burglary) or section 812.133 (carjacking) or section 812.135 (home invasion robbery) the defendant shall be required to submit two blood specimens in accordance with section 943.325(8).

____ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

Page ____ of ____

Rev. 07/11/01

Defendant __Hal S. McClamma__    Case Number __R 2000-2790 A__

OBTS Number _____

## SENTENCE

(As to Count __1__)

The defendant, being personally before this court, accompanied by the defendant's attorney of record, __C. Taylor__, and having been adjudicated guilty herein, and the court having given defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown

(Check one if applicable)
____ and the Court having on _____ (date) deferred imposition of sentence until this date
____ and the Court having previously entered a judgment in this case on _____ (date) now resentences the defendant
____ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**It Is The Sentence Of The Court that:**

____ The defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 938.04, Florida Statutes.
✓ The defendant is hereby committed to the custody of the Department of Corrections.
____ The defendant is hereby directed to the custody of the Sheriff of _____ County, Florida.
____ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**To Be Imprisoned** (Check one; unmarked sections are inapplicable):

____ For a term of natural life.
✓ For a term of __3 years__.
____ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence, complete the appropriate paragraph.

✓ Followed by a period of __12 years__ on (probation)/community control under the supervision of the Department of Corrections according to the terms and conditions set forth in a separate order entered herein.
____ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Page ____ of ____    Rev. 07/11/01

Defendant __Hal S. McClamma__   Case Number __R 2000-2790 A__

## SPECIAL PROVISIONS

(As to Count __1__)

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

Firearm  _____  It is further ordered that the _____ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

Drug Trafficking  _____  It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

Controlled Substance 1,000 Feet of School  _____  It is further ordered that the 3-year minimum imprisonment provisions of section Within 1,000 Feet of School 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence specified in this count.

Habitual Felony Offender  _____  The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

Habitual Violent Felony Offender  _____  The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

Prison Releasee Reoffender  _____  The defendant is adjudicated a prison releasee reoffender and has been sentenced to serve 100 percent of the court-imposed sentence in accordance with section 775.082(8)(b).

Law Enforcement Protection Act  _____  It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

Capital Offense  _____  It is further ordered that the defendant shall be ineligible for Parole in accordance with the provisions of section 775.082(1), Florida Statutes.

Short-Barreled Rifle, Shotgun, Machine Gun  _____  It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

Continuing Criminal Enterprise  _____  It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Other Provisions:**

Retention of Jurisdiction  _____  The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

Jail Credit  _____  It is further ordered that the defendant shall be allowed a total of _____ days as credit for time incarcerated before imposition of this sentence.

Page ____ of ____   Rev. 07/11/01

Defendant __Hal S. McClamma__    Case Number __R 2000-2790 A__

**Other Provisions' continued:**

Prison Credit _____ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections.

Consecutive/Concurrent As to Other Counts _____ It is further ordered that the sentence imposed for count(s) _____ shall run (check one) _____ consecutive to _____ concurrent with the sentence set forth in count _____ of this case.

Consecutive/Concurrent __✓__ It is further ordered that the composite term of all sentences imposed for the counts as to Other Convictions specified in this order shall run (check one) __✓__ consecutive to _____ concurrent with the following: (check one)

_____ any active sentence being served

__✓__ specific sentences __Federal Sentence__

In the event the above sentence is to the Department of Corrections, the Sheriff of LEON County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further orders __Restitution to Mrs. Beckham, reserve jurisdiction to enter amount. No contact with victim. Defendant not to act as trustee on behalf of any person.__

Page ____ of ____    Rev. 07/11/01

Defendant __Hai S. McClamma__   Case Number __R 2000-2790 A__

# FELONY FINES/COSTS

**IT IS THE FURTHER JUDGMENT AND ORDER OF THE COURT THAT DEFENDANT SHALL PAY THE FOLLOWING:**

1. $_____ fine pursuant to Section 775.083, Florida Statutes.
2. $_____ as the 5% surcharge required by Section 938.04, Florida Statutes.
3. $50.00 pursuant to Section 938.03, Florida Statutes (Crimes Compensation Trust Fund).
4. $200.00 pursuant to Section 938.05, Florida Statutes (Local Government Criminal Justice Trust Fund).
5. $3.00 as a court cost pursuant to Section 938.01(1) Florida Statutes (Criminal Justice Trust Fund).
6. $3.00 as a court cost pursuant to Section 938.17, Florida Statutes (Juvenile Justice Assessment).
7. $2.00 as a court cost pursuant to Section 938.15, Florida Statutes (County Criminal Justice Education).
8. $2.00 as a court cost pursuant to Section 938.15, Florida Statutes (City Criminal Justice Education).
9. $3.00 as a court cost pursuant to Section 938.19, Florida Statutes (Teen Court).
10. $20.00 as a court cost pursuant to Section 938.06, Florida Statutes (Crime Stopper Trust Fund).
11. $201.00 as a court cost pursuant to Section 938.08, Florida Statutes (Domestic Violence Trust Fund).

$_____ Total Statutorily Mandated Costs And Fines [Which shall be first satisfied from all sums paid and for which let execution issue].

**AND DEFENDANT IS ALSO FURTHER ORDERED TO PAY THE FOLLOWING, IF CHECKED:**

_____ A fine in the sum of $_____ pursuant to Section 775.0835(1), Florida Statutes. (Optional fine for the Crimes Compensation Trust Fund).
_____ $20.00 pursuant to Section 939.015, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).
_____ A 10% surcharge in the sum of $_____ pursuant to Section 775.0836, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).
_____ A sum of $_____ pursuant to Section 939.01, Florida Statutes (Prosecution/Investigative Costs).
_____ A sum of $_____ pursuant to Section 27.56, Florida Statutes (Public Defender Fees).
_____ A sum of $_____ pursuant to Section 938.27, Florida Statutes, payable to _____.
_____ Application Fee (up to $40.00) $_____, Section 27.52(c), Florida Statutes (Indigent Criminal Defense Trust Fund).
_____ Other: _____
_____ Court Costs/Fines waived.
_____ Court Costs/Fines reduced to civil judgment.

$_____ TOTAL DISCRETIONARY COSTS, FEES AND FINES

( ) If checked, discretionary items are reduced to judgment for which execution issue.

**IT IS FURTHER ORDERED** that, [if defendant has not been sentenced to incarceration in the Department of Corrections]:

A. Defendant shall pay directly to the clerk of this court the total amount of the statutorily mandated costs and fines specified above within thirty (30) days from the date hereof; or, instead,

B. Defendant may pay such total amount in 12 equal monthly installments of $_____, beginning thirty (30) days after release from custody, if you serve straight jail time. If defendant does not receive any straight jail time, payments begin thirty (30) days from the date hereof, and shall be paid by the 10th of each month until payment in full.

Page _____ of _____   Rev. 07/11/01

Defendant   Hal S. McClamma                    Case Number   R 2000-2790 A

    IT IS FURTHER ORDERED AND <u>NOTICE IS HEREBY GIVEN THAT</u> further required court appearances and hearings are set forth in the Notice of Statutorily Mandated Costs and Fine Provisions handed to you in court which dates are incorporated herein and made a part of this judgment and order.

    AT SUCH FURTHER COURT APPEARANCES AND HEARINGS, the defendant <u>shall appear in person</u> to review defendant's payment record of statutorily mandated costs and fines imposed <u>and to show legal cause,</u> <u>(in the event the defendant has not paid or is not completely and fully current</u> with his/her payments, why defendant should not be <u>adjudged guilty</u> of civil contempt for failing to obey this judgment and order requiring full and regular payment <u>and there and then be committed to jail with purge or fined</u> in accordance with law.

    NO FURTHER NOTICE OF THESE HEARINGS WILL BE MAILED, SERVED OR GIVEN TO YOU.

    IF YOU HAVE <u>PAID IN FULL</u> OR <u>ARE CURRENT</u> IN YOUR PAYMENTS BY <u>TWELVE O'CLOCK NOON</u> ON THE <u>DAY BEFORE</u> EACH HEARING YOU DO NOT HAVE TO APPEAR -- IF YOU ARE <u>NOT CURRENT OR PAID IN FULL</u>, YOU MUST APPEAR IN COURT EACH OF THE SCHEDULED DATES <u>AND IF YOU FAIL TO APPEAR</u> ON SUCH DATE(S), A <u>CAPIAS WILL IMMEDIATELY ISSUE</u> FOR YOUR DELIVERY TO JAIL FROM WHICH YOU SHALL BE BROUGHT BY THE SHERIFF TO DULY APPEAR IN COURT AS MAY BE ORDERED.

    THESE FURTHER COURT HEARINGS AND YOUR APPEARANCE ARE REQUIRED <u>WHETHER OR NOT</u> YOU HAVE BEEN PLACED ON <u>PROBATION</u> AND ARE <u>REQUIRED AFTER YOUR PROBATION HAS EXPIRED</u> UNTIL PAYMENT IS MADE IN FULL.

    YOU MUST ALSO IMMEDIATELY NOTIFY THE CLERK OF THIS COURT IN -- WRITING-- OF ANY <u>CHANGE IN YOUR ADDRESS</u> AND YOU WILL BE FURTHER SUBJECT TO CONTEMPT, SENTENCE AND/OR FINE IF YOU FAIL TO DO SO.

ALL FINE/COSTS PAYMENTS MUST BE IN MONEY ORDER PAYABLE TO: CLERK OF COURT, LEON COUNTY COURTHOUSE.

    DONE AND ORDERED in open court this _20_ day of _September_,
~~2001~~ 2002.

                                               _Richard Oliver_ (signature)
                                               CIRCUIT JUDGE

Page ___ of ___                                                                 Rev. 07/11/01