Attachment 4

PAGE 03/18

07/14/2005  13:49    3342934326
01/21/2003  17:21    9223511

FPC MONTGOMERY
COURTSVCS

9223511

**DETAINER**

DATE: 10-30-02

INMATES NAME: Hal McClanna

D.O.B. 1-9-34        RACE W        SEX M

HGT 5'7"    WGT 155    HAIR GRY    EYES BRO

SSN: 416 56W 1867

**PLEASE PLACE A HOLD FOR THE FOLLOWING COUNTIES**

Leon Co. Jail - Doc

**FOR THE FOLLOWING CHARGES**

CASE #                CHARGE
00-0090          Grand Theft 3yrs consecutive
                        to Federal Sent.

**PLEASE PLACE A HOLD FOR THE ABOVE COUNTIES AND ADVISE THEM BEFORE INMATE IS RELEASED.**

(850)922-0484 (DIV)  (850)922-5131
COURT SERVICES
LEON COUNTY JAIL

INMATE SPN. # 134002