# ATTACHMENT 7

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Hal S. McClamma    )
                   )
    Petitioner,    )
                   )
    v.             )    Civil Action No. 2:05-cv-482-T
                   )
Scott Middlebrooks )
                   )
    Respondent.    )

## Declaration of Terry A. Collins

I, the undersigned, Terry A. Collins, do hereby make the following unsworn declaration pertinent to the above-styled and numbered cause.

1. I am employed by the Federal Bureau of Prisons (BOP) as a Senior Counsel Southeast Regional Office in Atlanta, Georgia.

2. In relation to the above-captioned case, my duties as Senior Counsel include general case management and preparation, and assistance to the United States Attorney's Office.

3. I certify that all enclosed documents as provided to the Assistant United States Attorney are true and accurate copies of the original documents held during the regular course of business by the Bureau of Prisons.

4. I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this 13th day of July, 2005.

_/s/ Terry A. Collins_
Terry A. Collins, Senior Counsel
Southeast Regional Office

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Hal S. McClamma         )
                        )
    Petitioner,         )
                        )
v.                      )   Civil Action No. 2:05-cv-482-T
                        )
Scott Middle brooks     )
                        )
    Respondent.         )

### Declaration of Terry A. Collins

I, the undersigned Terry A. Collins, do hereby make the following unsworn declaration, under penalty of perjury, pertinent to the above-styled and numbered cause.

1.   I am employed as Senior Counsel, Federal Bureau of Prisons, Southeast Region in Atlanta, Georgia. I have been employed by the Bureau of Prisons for 12 years.

2.   As Senior Counsel, I have access to the computerized records of the Administrative Remedy Complaints which is described at 28 C.F.R. § 542.10, Administrative Remedy Procedures for Inmates.

3.   28 C.F.R. §542 et. seq., contains the guidelines an inmate must follow to exhaust his administrative remedies within the Bureau of Prisons. This three-tiered process is a method whereby an inmate may seek redress for the deprivation of any right to which he is entitled or to which he feels entitled. A decision by the Bureau of Prisons is not final, until relief has been denied at the national level.

4.   I have reviewed the Administrative Remedy Log for inmate Hal McClamma, federal register number 11386-017. The computerized log reflects inmate McClamma filed Request For Administrative Remedy no. 37588-F1 on May 6, 2005, at the Federal Prison Camp in Montgomery, Alabama. He challenged the denial of a furlough request based on the Florida state detainer. The administrative remedy was denied by the Warden on May 13, 2005. See Attachment A (the attachments to the request for administrative remedy are not attached). Inmate McClamma did not appeal the denial of the institution remedy. Nor has he filed any other administrative remedies. Id.

5.   I declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of July 2005.

_Terry A. Collins_
Terry A. Collins, Senior Counsel
Federal Bureau of Prisons

# Attachment A

```
   SER3G              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-14-2005
 PAGE 001 OF                                                              12:29:25
       FUNCTION: L-P SCOPE: REG    EQ 11386-017    OUTPUT FORMAT: UNSAN
 --------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
 DT RCV: FROM _____ THRU _____    DT STS: FROM _____ THRU _____
 DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
 DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
 STS/REAS:
 SUBJECTS:
 EXTENDED: _ REMEDY LEVEL: __           RECEIPT: __ "OR" EXTENSION: __
 RCV OFC : EQ
 TRACK: DEPT:
        PERSON:
          TYPE:
 EVNT FACL: EQ
 RCV FACL.: EQ
 RCV UN/LC: EQ
 RCV QTR..: EQ
 ORIG FACL: EQ
 ORG UN/LC: EQ
 ORIG QTR.: EQ




 G0002       MORE PAGES TO FOLLOW . . .
```

```
SERBG            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-14-2005
PAGE 002 OF 002 *              UNSANITIZED FORMAT              *    12:29:25

REMEDY-ID       REG        NAME                    ORIG UNIT OR LOC/QTRS/FACL
                STATUS-DATE   STATUS   DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
                SUBJ1/SUBJ2 -----------------ABSTRACT-----------------------

375369-F1       11396-017  MCCLAMMA, H             MOBILE   001-023L   MON
                05-13-2005     CLD     05-06-2005  MON      MON        MON
                19BM/      FURLOUGHS - OTHER


                   1 REMEDY SUBMISSION(S) SELECTED
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

ATTACHMENT

# FPC MONTGOMERY, AL.
## INFORMAL RESOLUTION FORM

DATE: 4-28-05      STAFF SIGNATURE: RP

INMATE NAME: McCLAMMA, HAL      REG. NO. 11386-017      Inf. Res.# _____

**NOTICE TO INMATE:** You are advised that prior to filing a Request for Administrative Remedy (BP-9), you **MUST** attempt informally resolve your complaint through your unit counselor. Please follow the three (3) steps below:

1. STATE YOUR SPECIFIC COMPLAINT: UNIT TEAM DENIAL OF MY REQUEST FOR FURLOUGH, HALFWAY HOUSE OR HOME CONFINEMENT AT OR NEAR MY 10%/6 MO. DATE BASED ON A VOID OR INVALID STATE DETAINER. THE PURPORTED DETAINER IS INVALID ON ITS FACE AND CONTRARY TO THE INTERSTATE AGREEMENT ON DETAINERS ACT. McCLAMMA HAS HAD COMMUNITY CUSTODY SINCE MAY, 2002, NO DISCIPLINARY ACTIONS; OUTSTANDING WORK RECORD AND IS NO FLIGHT RISK.

2. STATE WHAT EFFORTS YOU HAVE MADE TO INFORMALLY RESOLVE YOUR COMPLAINT: TALKED TO MY CASE MANAGER AFTER RECEIVING THE ADVERSE PROGRAM REVIEW REPORT.

3. STATE WHAT RESOLUTION YOU EXPECT: I EXPECT TO BE GRANTED FURLOUGH PRIVILEGES AND IMMEDIATE REDESIGNATION TO COMPLETE MY TERM OF IMPRISONMENT AT HALFWAY HOUSE NEAREST MY HOME OR TO HOME CONFINEMENT. I EXPECT THE SO CALLED DETAINER TO BE TREATED, IF AT ALL, AS ONLY NOTICE TO BE GIVEN THE STATE OF FLORIDA AS I NEAR THE END OF MY HALFWAY HOUSE OR HOME CONFINEMENT TERM OF IMPRISONMENT. TIME IS OF THE ESSENCE AS MY GOOD TIME OUT DATE IS OCTOBER 21, 2005, LESS THAN 7 MO FROM TODAYS DATE.

INMATE SIGNATURE: _____   DATE: 4-28-05

CORRECTIONAL COUNSELOR'S COMMENTS/STEPS TAKEN TO RESOLVE: SEE ATTACHMENT

COUNSELOR'S SIGNATURE: RP      DATE: 5-2-05
UNIT MGR'S REVIEW: _____   DATE: 5/2/05

**STAFF ACTION:**
___ NOT ACTED ON-STATE REASONS IN COMMENTS
___ INFORMALLY RESOLVED
___ NO INFORMAL RESOLUTION-(BP-9) ISSUED
___ IF DHO or UDC, DATE FORM RETURNED TO INMATE: _____

FPC MAXWELL, AFB, AL 36112   05 MAY -6 PM 2:16   RECEIVED WARDEN'S OFFICE

| Inmate Form Returned to Counselor | BP-9 Given to Inmate | BP-9 Returned from Inmate | BP- Delivered to A/W |
|---|---|---|---|
| Date: 4-28-05 | 5-2-05 | 5-3-05 | 5-3-05 |
| Time: 11³⁰ | 3:30 pm | 11:15 pm | 12:15 pm |
| Counselor: RP | RP | RP MJC | RP |

U.S. DEPARTMENT OF JUSTICE                                        **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __MCCLAMMA, HAI. S.__                __11386-017__      __MOBILE A__      __FPC MONT__
        LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.            UNIT              INSTITUTION

**Part A- INMATE REQUEST**
**QUESTION OR CONCERN:** The denial of furlough, halfway house or home confinement because of a state detainer. This denial to McClamma, who is "otherwise qualified" is contrary to law.

**SOLUTION REQUESTED:** Grant McClamma a furlough and home confinement or halfway house redesignation.

**GROUNDS:** The only statutory authority, The Interstate Agreement on Detainers applies only to pending, untried charges. McClamma's charges are neither pending or untried. Except for the invalid detainer, he is "otherwise qualified" for the relief he seeks. He has had Community Custody since May, 2002, an outstanding work record, no disciplinary actions and the only reason stated on his latest Program Review Report for the denial of his requests is the "state detainer."

As the attached Memorandum of Fact and Law and its exhibits will show, the detainer is void, is invalid on its face and does not apply to McClamma. The BOP (Warden) has the statutory authority to redesignate McClamma as requested at this very moment in time.
                **MEMORANDUM OF FACT AND LAW WITH EXHIBITS ATTACHED**

__May 3, 2005__                                                 __[signature]__
    (DATE)                                                      SIGNATURE OF REQUESTER

**Part B- RESPONSE**


                                                    RECEIVED
                                                  WARDEN'S OFFICE
                                                  05 MAY -6 PM 2:16
                                                  FPC MAXWELL FED. AL



_____                          _____
        DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE           CASE NUMBER: __375389-F1__

                                                          CASE NUMBER: __375389-F1__

**Part C- RECEIPT**
Return to: __HAI. MCCLAMMA__            __11386-017__      __MOBILE A 23__     __FPC MONTGOMERY__
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT                INSTITUTION

SUBJECT: __REQUEST FOR ADMINISTRATIVE REMEDY__

_____                          _____
        DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

Program Statement 5280.08, Furloughs, February 4, 1998, Section 10, <u>LIMITATIONS OF ELIGIBILITY</u> 570.35, Paragraph f, states that the Warden may not ordinarily grant a furlough to an inmate with a detainer.

A review of your case reveals that the State of Florida has lodged a detainer against. Reportedly, documents received from the Florida Department of Corrections indicate that you have a three-year state sentence and with a 12-month term of probation to follow that is to be satisfied following your release from federal custody. Therefore, since you do not meet the prescribed criteria for furloughs, your request cannot be granted at this time.

RECEIVED
WARDEN'S OFFICE
05 MAY -6 PM 2:17
FPC MAXWELL AFB AL 36112

Case 2:05-cv-00482-MHT-CSC    Document 19-9    Filed 07/14/2005    Page 10 of 10

---

**U.S. Department of Justice**
**Federal Bureau of Prisons**

**RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY**

From: McClamma, Hal | 11386-017 | Mobile A | FPC Montgomery
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part B- RESPONSE**

Remedy ID - 375388-F1

This is in response to your Request for Administrative Remedy receipted May 6, 2005, in which you are seeking reconsideration for a furlough, Community Corrections Center (CCC) placement, and home confinement eligibility.

A review of your case indicates the Florida Department of Corrections has lodged a detainer against you. Documents received from Florida reveal you have a three-year state sentence with a 12-month term of probation to follow the service of your federal sentence. Program Statement 5280.08, Furloughs, provides that the Warden may not ordinarily grant a furlough to an inmate with a detainer. Program Statement 7310.04, CCC Utilization and Transfer Procedures, provides that inmates with unresolved pending charges or detainers which will likely lead to arrest, conviction, or confinement shall not ordinarily participate in CCC or home confinement programs.

Based upon the above information, you are not an appropriate candidate for furlough participation, or for CCC or home confinement placement. Accordingly, your request for relief is denied.

In accordance with Program Statement 1330.13, Administrative Remedy Program, "An inmate who is not satisfied with the Warden's response may submit an Appeal on the appropriate form (BP10) to the appropriate Regional Director within 20 calendar days of the date the Warden signed the response."

5/13/05
DATE

_____
WARDEN