IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HAL S. McCLAMMA, JR, ) | |
| ) | |
|    Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv482-T |
| ) | |
| SCOTT A. MIDDLEBROOKS, ) | |
| Warden, and ALBERTO ) | |
| GONZALES, Attorney General ) | |
| of the United States, ) | |
| ) | |
|    Respondents. ) | |

## ORDER

After an independent and de novo review of the file, it is ORDERED as follows:

(1) Petitioner's objections (Doc. No. 17) are overruled.

(2) Petitioner's request to transmit entire file (Doc. No. 18) is denied.

DONE, this the 19th day of July, 2005.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE