IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HAL S. McCLAMMA, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-482-CSC |
| | ) | |
| SCOTT A. MIDDLEBROOKS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This case was commenced by a 28 U.S.C. § 2241 petition for habeas corpus relief filed by Hal S. McClamma ("McClamma"), a federal inmate, on May 23, 2005. In this petition, Griffith seeks to compel the Bureau of Prisons to release him on furlough or to a halfway house or home confinement for service of the last six months of his prison term. Specifically, he requests that the court declare a pending detainer as void and require that he be allowed to serve of the last six months of his sentence at a halfway house or on home confinement.

At the time the instant petition was filed, McClamma was incarcerated at the Maxwell Federal Prison Camp located in Montgomery, Alabama. The Bureau of Prisons website maintains an inmate locator search function. That website indicates that McClamma was released from federal custody on October 21, 2005. *See* http://www.bop.gov.

Accordingly, upon review of the pleadings in this case and in light of the petitioner's release from federal custody, it is

ORDERED that on or before **May 16, 2006**, the parties shall show cause why this case should not be dismissed as moot.

Done this 1st day of May, 2006.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE