IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAL S. McCLAMMA, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv482-MHT |
| ) | (WO) |
| SCOTT A. MIDDLEBROOKS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on May 12, 2006, (Doc. # 24), that the petition for habeas corpus relief, filed by the petitioner on May 23, 2005, be denied and dismissed with prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 31st day of May, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE