IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HAL S. McCLAMMA, JR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv482-MHT |
| | ) |
| SCOTT A. MIDDLEBROOKS, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on October 26, 2005 (Doc. # 24), be and is hereby ADOPTED.

(2) The motion is the petition for habeas corpus relief, filed by the petitioner on May 23, 2005, be and is hereby DENIED.

(3) This case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 31st day of May, 2006.

                                                            /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE